# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1493

_____

S.H.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, GUARDIAN AD LITEM
PROGRAM, FFN Case Workers,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 8, 2025

PER CURIAM.

DISMISSED.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

S.H., pro se, Petitioner.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondent; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.